UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REBECCA MALLET,<br>    Plaintiff,<br><br>v.<br><br>THE GILMAN BROTHERS COMPANY,<br>    Defendant. | CIVIL CASE NO.: 3:09-cv-02004 (PCD)<br><br><br>JULY 6, 2011 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Rebecca Mallett and Defendant the Gilman Brothers Company, through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed as to Defendant, in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

| THE PLAINTIFF,<br>REBECCA MALLETT | THE DEFENDANT,<br>THE GILMAN BROTHERS COMPANY |
|---|---|
| By: /s/ Barbara E. Gardner<br>Barbara E. Gardner (ct 07623)<br>bg@bgardnerlaw.com<br>843 Main Street<br>Suite 1-4<br>Manchester, CT 06040<br>P: 860-643-5543<br>F: 860-645-9554 | By: /s/ Holly L. Cini<br>Holly L. Cini (ct 16388)<br>cinih@jacksonlewis.com<br>Sally D. Welch (ct27683)<br>welchs@jacksonlewis.com<br>Jackson Lewis LLP<br>90 State House Square, 8th Floor<br>Hartford, CT 06103<br>P: (860) 522-0404<br>F: (860) 247-1330 |

4832-6579-7641, v. 1